1  Jeanette E. McPherson, Esq., NV Bar No. 5423
2  Jason A. Imes, Esq., NV Bar No. 7030
   Schwartzer & McPherson Law Firm
3  2850 South Jones Blvd., Suite 1
   Las Vegas NV  89146-5308
4  Telephone:    (702) 228-7590
   Facsimile:    (702) 892-0122
5  E-Mail:       bkfilings@s-mlaw.com

6  *Attorneys for Gary S. Kibizoff*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-S-12-10340-BTB |
| GARY S. KIBIZOFF, | Chapter 11 |
| Debtor. | Adversary No.: 14-01127-BTB |
| GARY S. KIBIZOFF, | **STIPULATION DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| ONE WEST BANK, FSB and MERIDIAN FORECLOSURE SERVICE fka MTDS, INC., a California Corporation dba MERIDIAN TRUST DEED SERVICE, DOE individuals 1-10; and ROE corporations 1-10 | |
| Defendants. | |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

Stipulation Re Dismissal                                              Page 1 of 2

1  Gary S. Kibizoff ("Debtor"), by and through his counsel, One West Bank, FSB ("One
2  West"), by and through its counsel, and Meridian Foreclosure Services ("Meridian") (Debtor, One
3  West, and Meridian collectively referred herein as "Parties"), pursuant to a Settlement Agreement
4  between the Debtor and OneWest, hereby stipulate to dismiss the above-captioned proceeding
5  with prejudice and vacate any pending hearings.

6  Date this _____ day of October, 2014.        Date this 21st day of October, 2014.

7

8  /s/ Jeanette E. McPherson                    [signature]
   Jeanette E. McPherson, Esq.                  Marilyn Fine, Esq.
9  Schwartzer & McPherson Law Firm              Rachel E. Donn, Esq.
   2850 S. Jones Blvd., Suite 1                 Meier & Fine, LLC
10 Las Vegas, NV  89146                         2300 W. Sahara Avenue, Suite 1150
                                                Las Vegas Nevada 89102
11 Attorneys for Gary S. Kibizoff               Attorneys for Defendant OneWest Bank, FSB

12 Date this _____ day of October, 2014.

13

14 _____
   Dianne Burnett, President
15 Meridian Foreclosure Service
   8485 W. Sunset Road, Suite 205
16 Las Vegas, Nevada 89113

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Gary S. Kibizoff ("Debtor"), by and through his counsel, One West Bank, FSB ("One
2  West"), by and through its counsel, and Meridian Foreclosure Services ("Meridian") (Debtor, One
3  West, and Meridian collectively referred herein as "Parties"), pursuant to a Settlement Agreement
4  between the Debtor and OneWest, hereby stipulate to dismiss the above-captioned proceeding
5  with prejudice and vacate any pending hearings.
6  Date this _____ day of October, 2014.          Date this _____ day of October, 2014.

7

8  /s/ Jeanette E. McPherson
   Jeanette E. McPherson, Esq.                    Marilyn Fine, Esq.
9  Schwartzer & McPherson Law Firm                Rachel E. Donn, Esq.
   2850 S. Jones Blvd., Suite 1                   Meier & Fine, LLC
10 Las Vegas, NV  89146                           2300 W. Sahara Avenue, Suite 1150
                                                  Las Vegas Nevada 89102
11 Attorneys for Gary S. Kibizoff                 Attorneys for Defendant OneWest Bank, FSB

12 Date this 28th day of October, 2014.

13
14 [signature: Dianne Burnett]
   Dianne Burnett, President
15 Meridian Foreclosure Service
   8485 W. Sunset Road, Suite 205
16 Las Vegas, Nevada 89113

17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

Stipulation Re Dismissal                                                    Page 2 of 2